

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

ZACHARY W. CARTER
*Corporation Counsel*

MATTHEW W. McQUEEN
Assistant Corporation Counsel
phone: (212) 356-2423
fax: (212) 356-3509
email: mmcqueen@law.nyc.gov

February 26, 2019

BY ECF and FIRST CLASS MAIL
Honorable William H. Pauley III
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Natan Lenjo v. Elena Lui, et al., 17-CV-7431 (WHP) (DF)

Your Honor:

I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, and the attorney representing defendants in the above-referenced matter. Defendants write to advise the Court that the parties have, in principle, reached an agreement to settle this action. I will be sending the settlement paperwork to plaintiff shortly. Accordingly, we anticipate filing a Stipulation and Order of Dismissal once the settlement paperwork is fully executed. In light of this settlement, we respectfully request that all upcoming conferences and deadlines, including the March 1, 2019 deadline for defendants' motion for summary judgment, be adjourned sine die.

I thank the Court for its time and consideration in this regard.

Respectfully submitted,

Matthew W. McQueen
Special Federal Litigation Division

cc: **BY E-MAIL and FIRST CLASS MAIL**
Natan M. Lenjo
*Plaintiff Pro Se*
70 West 95th Street, Apt 16E
New York, New York 10025