UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

NATAN LENJO,

                                  Plaintiff,

            -against-

ELENA LUI, LAUREN LIEBHAUSER, DIANA KEAM,
THOMAS LOMBARDO, and BING FONSECA-SABUNE,

                                Defendants.
------------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

17 Civ. 7431 (WHP)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

        1.       The above-referenced action is hereby dismissed with prejudice; and

2.	Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       March 4th, 2019

Natan Lenjo  
*Plaintiff Pro Se*  
70 West 95th Street, Apt 16E  
New York, New York 10025

By: _____  
    Natan Lenjo

ZACHARY W. CARTER  
Corporation Counsel of the  
   City of New York  
*Attorney for Defendants Fonseca-Sabune,*  
   *Lui, Lombardo, Keam, and Liebhauser*  
100 Church Street, 3rd Floor  
New York, New York 10007

By: _____  
    Matthew W. McQueen  
    *Assistant Corporation Counsel*

SO ORDERED:

_____  
HON. WILLIAM H. PAULEY  
UNITED STATES DISTRICT JUDGE

Dated: _____, 2019